No. 90–5991. RODRIGUEZ-DIAZ *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5992. BAILEY *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–6000. HOLBERT *v.* McMACKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–6004. FOXX *v.* BAINES ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6006. WORTHAM *v.* CHR. HANSEN LABORATORY, INC. C. A. 7th Cir. Certiorari denied.

No. 90–6008. DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (three cases). C. A. 9th Cir. Certiorari denied.

No. 90–6037. McGEE *v.* RANDALL DIVISION OF TEXTRON, INC., OF GRENADA, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 90–6038. HAYNES *v.* BURTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 90–6060. ANDERSON *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 90–6092. ROBERTSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6109. BUTLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6141. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6145. CRAVEIRO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–6146. ADAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6147. DABY *v.* ERICKSON. C. A. 8th Cir. Certiorari denied.